United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE JOSEPH JIMENEZ,<br><br>    Petitioner,<br><br>    v.<br><br>STUART SHERMAN,<br><br>    Respondent. | Case No.  15-cv-03288-WHO (PR)<br><br>**ORDER EXTENDING TIME**<br><br>Dkt. No. 8 |

Respondent's motion to extend time to file a response to the petition (Docket No. 8) is GRANTED.  The response shall be filed on or before April 18, 2016.

The Clerk shall terminate Docket No. 8.

**IT IS SO ORDERED.**

**Dated:**  February 17, 2016



WILLIAM H. ORRICK
United States District Judge